[No. 3932-1. Division One. April 25, 1977.]

ALBERT J. WARLICK, *Appellant,* v. NORTHWEST
PACIFIC ENTERPRISES, INC., ET AL,
*Defendants,* RALPH E. DOBBS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 778693, James J. Dore, J., entered June 18, 1975. *Affirmed* by unpublished per curiam opinion.


[No. 4200-1. Division One. April 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. GLEN
MYRON JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 71829, Horton Smith, J., entered September 18, 1975. *Affirmed* by unpublished per curiam opinion.


[No. 4583-1. Division One. April 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. GORDON
MURRAY BENNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73890, William C. Goodloe, J., entered March 29, 1976. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Callow, JJ.